## CHRISTOPHER COLEMAN *v.* COMMISSIONER OF CORRECTION

The petitioner Christopher Coleman's petition for certification for appeal from the Appellate Court, 111 Conn. App. 138 (AC 28720), is denied.

*Christopher Coleman,* pro se, in support of the petition.

Decided January 7, 2009